NO. DC-14-00974-E

| | | |
|---|---|---|
| GREG WHITE, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | DALLAS COUNTY, TEXAS |
| | § | |
| LEO HUBBARD, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | 101ST JUDICIAL DISTRICT |

## ORDER

In accordance with the Order of the Court of Appeals entered on August 19, 2014 in appeal number 05-14-00608-CV the Court enters the following orders.

**IT IS ORDERED** that the Court's Order of April 29, 2014 denying Defendants' Motion to Transfer Venue is VACATED.

**IT IS FURTHER ORDERED** that this cause be TRANSFERRED to a district court of Denton County, Texas.

The Clerk is directed to file a certified copy of this Order with the Clerk of the Court of Appeals forthwith.

SIGNED this 15th day of August, 2014.

PRESIDING JUDGE

ORDER                                                                                          Page Solo